168 So. 195
### I. I. MOSES et al. v. George G. WALLACE, Jr.

4 Div. 879.

Supreme Court of Alabama.

April 9, 1936.

Rehearing Denied May 28, 1936.

Roy L. Smith, of Phenix City, for appellants.

J. W. Brassell, of Phenix City, for appellee.

GARDNER, Justice.

This is a companion case to Moses v. Tigner, ante, p. 457, 168 So. 194, this day decided, and in all respects governed thereby. Upon that authority, the judgment is affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.